UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Michael Goodman, | ) | Civil Action No. 5:17-cv-01343-RMG-KDW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On May 24, 2017, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. ECF No. 1. Defendant filed an Answer and copy of the administrative record on September 27, 2017. ECF Nos. 11, 12. Plaintiff's brief in support of his appeal was due by October 27, 2017. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 11. On October 27, 2017, Plaintiff sought and received an extension, making his brief due November 27, 2017. ECF Nos. 15, 16. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **December 15, 2017**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

December 1, 2017
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge