IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Goodman, | ) | |
| Plaintiff, | ) | Civil Action No. 5:17-1343-RMG |
| vs. | ) | |
| Nancy A. Berrryhill, Acting Commissioner of Social Security, | ) | **ORDER** |
| Defendant. | ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on July 24, 2018, recommending that the decision of the Commissioner be reversed and remanded to the agency because of the failure of the Commissioner to weigh and reconcile new and material evidence received from Plaintiff's treating physician, Dr. Joseph Logan, at the Appeals Council stage with other record evidence to the contrary, as required by *Meyer v. Astrue*, 662 F.3d 700, 706 (4th Cir. 2011). (Dkt. No. 26 at 21-23). The Commissioner and the Plaintiff have advised the Court that they do not intend to file objections to the R & R. (Dkt. No. 28).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court

-1-

**ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 2, 2018